# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

           Plaintiff,

v.                                    Case No.: 1:14−cr−00564
                                        Honorable John J. Tharp Jr.

Mohammed Hamzah Khan

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 31, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr. as to Mohammed Hamzah Khan: Show cause hearing held. The government's motion to revoke supervised release and modify supervised release conditions [111] is granted in part for the reasons stated in open court. The terms of supervised release are modified as follows: Upon notification from the Probation Office of an available space, Defendant is to report to the designated community confinement facility where he is to reside through August 22, 2018. Defendant to be permitted to attend college classes during this period; Defendant must make the arrangements necessary for transportation to and from the facility for that purpose. During his term of residence at the facility, the defendant shall perform between 4−8 hours of community service each week at the direction of the Probation Office. Further, Defendants terms and conditions of supervised release are further modified to allow Probation to conduct polygraph testing in aid of assessing Defendants compliance with other terms and conditions of his supervised release; this modification is not limited to the term of Defendant's community confinement. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.